1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEE K. CLARKE,                          Case No. 2:22-cv-00026-JDP (HC)

12               Petitioner,                   ORDER DIRECTING PETITIONER TO FILE
                                               AN APPLICATION TO PROCEED IN
13          v.                                 FORMA PAUPERIS OR PAY THE FILING
                                               FEE
14    SCSO, *et al.*,

15               Respondents.

16

17          Petitioner, a county prisoner proceeding without counsel, has filed an application for a

18    writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in*

19    *forma pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a);

20    1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in

21    support of a request to proceed *in forma pauperis* or to submit the appropriate filing fee.

22          In accordance with the above, it is hereby ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, either an affidavit

24    in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

25          2.  Petitioner's failure to comply with this order will result in a recommendation that this

26    action be dismissed.

27

28

1

1    3.  The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis*

2  form used by this district.

3

4  IT IS SO ORDERED.

5
   Dated:    January 26, 2022    _____

6                                JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28