UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE KELLY CLARKE,<br><br>                     Petitioner,<br><br>     v.<br><br>SCSO AND PEOPLE OF CALIFORNIA,<br><br>                     Respondents. | Case No.   2:22-cv-00026-JAM-JDP (HC)<br><br>ORDER FINDING THAT THE PETITION DOES NOT STATE A COGNIZABLE SECTION 2254 CLAIM AND GRANTING LEAVE TO AMEND WITHIN THIRTY DAYS<br><br>ECF No. 1 |

Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  After reviewing the petition, I find it incomprehensible; I cannot tell what or even how many claims are at issue.  I will give petitioner a chance to amend before recommending that this action be dismissed.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The petition, which runs to two-hundred and fifty-nine pages, is nearly impossible to read. Petitioner's handwriting is densely packed and undivided by paragraphs.  At various points, petitioner scrawls illegible writings on the margins and edges of pages.  *See*, *e.g.*, ECF No. 1 at

40-41. No respondent could reasonably be expected to comprehend and respond to this petition. I will give petitioner a chance to amend. If he chooses to do so, he should use the habeas form enclosed with this order and state his claims in a short, plain, and comprehensible manner.

It is ORDERED that:

1. Petitioner's application to proceed in forma pauperis, ECF No. 6, is GRANTED.

2. Petitioner may file an amended § 2254 petition within thirty days of this order's entry. If he does not, I will recommend that the current petition be dismissed for the reasons stated in this order.

3. The Clerk of Court is directed to send petitioner a federal habeas form with this order.

IT IS SO ORDERED.

Dated:   April 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE